RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC THE 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

THE BAILEY COURT PRESENTS TO THE UNITED STATES DISTRICT COURT OF
NORTHERN DISTRICT OF GEORGIA

By: Shayla Evette Bailey in behalf of
SHAYLA BAILEY
C/O 2897 N Druid Hills Road
Atlanta, Geogia [30329]
Claimant, Heir, Beneficiary  Case No. vs.

)
)
)
)
)
)
)
)

**1:23-CV-5921**

COMPLAINT

CORTLAND HOLDINGS LLC

3424 Peachtree Road Suite 300
Atlanta, GA 30326 Defendant

)
)
)
)
)
)

Jury Trial Requested

The Bailey Court Presents:



## COMPLAINT

Shayla Evette Bailey, A woman and real party in interest sojourning on the land of Georgia
Republic hereinafter "(Claimant") of c/o 2897 N Druid Hills Road Atlanta, Georgia [30329]
email shayamor0103@gmail.com, hereby sues Defendant, CORTLAND HOLDINGS LLC, of
3424 Peachtree Road, Suite 300 Atlanta, GA 30326 for wrongful termination, defamation, and
failure to accommodate under the Americans, With Disabilities Act (ADA) and Trespass.

Claimant and Real Parties in Interest (hereinafter "Claimant") declare they are not fluent in
legalese and hereby invoke the De Jure Constitution of the Republic of the United States of

America, Common Law, and Equity. This case in law/equity is arising under the constitution and laws of the United States [ Article the first, Fourth, and Fifth of the bill of rights]

Claimant- hereby puts this Court on NOTICE that she has Post-TraumaticStress Disorder (PTSD), severe anxiety and depression and asks this Court for accommodations pursuant to the Americans With Disabilities Act, including extensions of time to edit, amend and revise complaints.

Claimants PTSD is a direct result of the Defendants'-conduct. Part of Claimants PTSD is hypervigilance for justice caused by the defendants because they have repeatedly deprived them of their civil rights,

## PRELIMINARY STATEMENT

1. Claimant is seeking relief for damages, liquid damages, and injunctive relief brought by Claimant against. Defendant for violations of the Americans with Disabilities Act (ADA), ,ADA Amendments Act (2008), 42 USC 126, Title I of the ADA, Americans with Disabilities Act of 1990, 42 USC 12102(1)(a),42 USC 12102(1)(b),42 USC 12102(1)(c), 42 USC(2)(a), O.C.G.A. 34-6A-6, Defamation 28 USC 4101(1), and failure to accommodate under the Americans With Disabilities Act (ADA), ADA Amendments Act (2008), AMERICANS WITH DISABILITIES ACT OF 1990. - The amendments made by section 3 *[Lilly Ledbetter Fair Pay Act of 2009, PL 111-2, 123 Stat. 5]* Americans with Disabilities Act of 1990- 12 USC 12111(9)(a)(b), Georgia Fair Employment Practices Act (FEPA), injunctive relief 42 USC 2000e-5(g)(1),42 USC 2000e-5(2)(i), Georgia Code § 45-19-29.

2. Claimant contends that the Defendant has violated such laws by discharging under false allegations, defamation, and failure to accommodate under the American with Disabilities ACT (ADA), ADA Amendments Act (2008).

3. Defendant has violated such laws by filing an eviction on the Claimant depriving claimant of her Fourth Amendment and Fifth Amendment rights.

4. All parties, Affiliates, agents, defendants, witnesses or bystanders stating a claim on the record must swear in (affirm) under Oath of penalty of perjury or declare that all statements are hear say.

Claimant states here and will verify in open court that all herein be true

## JURISDICTION AND VENUE

5. Pursuant to Georgia Code 14-2-504 A foreign corporation doing business in this state and having agents located therein for this purpose may be sued and served in the same manner as domestic corporations upon any transitory cause of action whether originating in this state or otherwise; and it is immaterial whether the plaintiff be a nonresident or a resident of this state, provided the enforcement of the cause of action would not be contrary to the laws and policy of this state. Southern Ry. v. Parker, 194 Ga. 94, 21 S.E.2d 94 (1942) (decided under former Code 1933, § 22-1101)

6. Venue is proper in this District pursuant to Georgia Code 14-2-504 A foreign corporation doing business in this state is subject to the jurisdiction of the courts of this state, if it can be served with process, and Georgia law provides for the service of process upon foreign as well as domestic corporations. Louisville & N.R.R. v. Meredith, 66 Ga. App. 488, 18 S.E.2d 51 (1941), aff'd, 194 Ga. 106, 21 S.E.2d 101 (1942) (decided under former Code 1933, § 22-1101).

7. The jurisdiction of this Court is invoked under Title 28 USC 1331

8. This is an action for damages, liquid damages, and costs.

9. Claimant, Shayla Evette Bailey, is a natural woman, Heir and beneficiary of Gods Will and Trust as well as the SHAYLA EVETTE BAILEY ESTATE TRUST sojourning on the land of Georgia Republic.

10. Defendant, CORTLAND HOLDINGS LLC, is a Foreign Limited Liability Delaware Corporation, authorized to do business in the state of Georgia registered in Cobb County.

## FACTS IN THE CASE

TRUTH IN FACT: On or about March Thirty-One, Two Thousand Twenty Two Claimant received an offer of employment from Whitney D. Atlas Manager of Talent Acquisitions.

TRUTH IN FACT: On or about April One, Two Thousand Twenty-Two Claimant accepted the job offer as a revenue management analyst. (Exhibit A)

TRUTH IN FACT: From April Eighteen, Two Thousand Twenty-Two to approximately February, Twenty One, Two thousand Twenty Three Claimant worked five-day weeks, some of those weeks were more than 40 hours. Claimant worked to expand and push Defendant's business to reach the goals Defendant expressed in their first meeting.

TRUTH IN FACT: During this period Claimant managed the rent of communities assigned by Director of Revenue Management Kelly Nicholls.

TRUTH IN FACT: Director of Revenue Management Kelly Nicholls oversees the Revenue management department and approves of all rents and changes to rent.

TRUTH IN FACT: the system used for the revenue management department to record the rents will flag someone when rent increases beyond market conditions.

TRUTH IN FACT: Claimant has been assessed and diagnosed as having a disability that substantially limits at least one major life activity. (Exhibit B)

TRUTH IN FACT: that major life activities include but are not limited to, caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working.

TRUTH IN FACT: claimant has an emotional support animal to help with emotional regulation, enhance ability to function and live independently. (Exhibit C)

TRUTH IN FACT: Claimant began to meet with the in house Therapist Dr. Amy to assist and aid with her disability on or around September of Two Thousand Twenty Two.

TRUTH IN FACT: Claimant began to meet with Psychiatrist Matthew Appling for her disability around November Twenty-Nine, Two Thousand Twenty Two.

TRUTH IN FACT: Matthew Appling prescribed claimant with three oral medications to assist with claimants Severe anxiety, depression, Chronic stress, PTSD and insomnia. (Exhibit D)

TRUTH IN FACT: claimant was eager to work and loved her job even while her health was declining.

TRUTH IN FACT: Claimant emailed Kelly Nichollas on or around November Thirty Two Thousand Twenty Two informing her of personal concerns going on in life and asked if the company offered ADA accommodations. (Exhibit E)

TRUTH IN FACT: Kelly Nichollas informed claimant that Jason Finley From Talent acquisitions will reach out to me directly about the reasonable accommodations request. (Exhibit F)

TRUTH IN FACT: on or around December One Two Thousand Twenty Two Jason Finley reached out via email informing claimant to contact him on teams or his cellular device to discuss the protocol for filing the accommodations request and sent over literature on how to file the claim with Cigna. (Exhibit G)


TRUTH IN FACT: on or around January seventeen two thousand twenty three claimant received the completed reasonable accommodation documentation to submit to Cigna but was informed that the deadline to submit had passed. (Exhibit H)

TRUTH IN FACT: on or around January Seventeen, Two thousand Twenty Three claimant informed Jason Finley she was not made aware of the deadline to submit the documents to Cigna. (Exhibit I)

TRUTH IN FACT: speaking with Kelly Nichollas in her office she requested that claimant allow CORTLAND HOLDINGS LLC to provide the reasonable accommodations without going through Cigna health insurance.

TRUTH IN FACT: due to unforeseen circumstances claimant felt more comfortable with following proper ADA protocol and going through the insurance company.

TRUTH IN FACT: claimant submitted documents signed by Physician Matthew Appling to Cigna for accommodations on or around January Twenty four, Two Thousand Twenty Three. (Exhibit J)

TRUTH IN FACT: The Physician Matthew Appling is human and MISTAKENGLY checked that claimants disability does not limit major life activities but his diagnosis states otherwise.

TRUTH IN FACT: Cortland failed to provide claimant with the requested reasonable accommodations.

TRUTH IN FACT: Claimant followed up for three weeks in the month of February regarding Cortland returning requested approval back to Cigna. (Exhibit K)

TRUTH IN FACT: On or around February One, Two Thousand Twenty Three claimant reached out to Kelly Nichollas asking her for more training material and support from the department. (Exhibit L)

TRUTH IN FACT: Kelly Nicholls Began to ignore Claimant emails seeking assistance and training due to delayed response and approval for reasonable accommodations. (Exhibit M)

TRUTH IN FACT: claimant was informed by the talent department that only Jason Finley can assist with the accommodations.

TRUTH IN FACT: claimant reached out to Jason Finley on February sixteen, two thousand twenty three regarding ADA accommodations and did not receive a response until claimant followed up on February Twenty One, Two Thousand Twenty Three. (Exhibit N)

TRUTH IN FACT: According to the ADA assessment form signed by Physician Matthew Appling, claimant requested for training calls and meetings to be recorded to comprehend and digest what is being taught as there is no set training material in the Revenue department.

TRUTH IN FACT: On or around February Twenty, Two Thousand Twenty-Three Melissa Jones scheduled Teams call and began recording claimant performance without her consent, with no intentions of recording herself training claimant per the request of the ADA assessment form. (Exhibit O)

TRUTH IN FACT: After January Twenty Four, Two Thousand Twenty Three there has been little to no physical movement in the accommodation; responses are rare to none regarding the accommodations, last time speaking with Jason Finley was on or around January Twenty Four, Two thousand twenty three.

TRUTH IN FACT: The Talent department states Jason Finley is the only person responsible for handling ADA accommodation requests.

TRUTH IN FACT: Jason Finley was allegedly on vacation and unable to assist with my accommodation, and the claimant suffered for weeks.

TRUTH IN FACT: on or around February twenty One, Two Thousand Twenty Three Jason Finley returned from his alleged vacation and informed claimants about clarification questions that were needed to process her accommodations request.

TRUTH IN FACT: claimant informed Jason or around February twenty one two thousand twenty three that he can send the clarification paperwork to the doctor. Jason Finley informed the claimant that he would not be able to speak directly to her doctor for the clarity about the request. (Exhibit P)

TRUTH IN FACT: On or around February Twenty One Two Thousand Twenty Three Jason Finley informed claimant that the leader Kelly Nichollas will not be able to write out every assignment although claimant only requested for complex tasks to be written per the doctors request. (Exhibit Q)

TRUTH IN FACT: that on or around February twenty-One Two Thousand Twenty Three Kelly Nichollas calls for an impromptu meeting. (Exhibit R)

TRUTH IN FACT: Claimant informed Kelly that she arrived to the office early and had plans to leave early to catch her scheduled flight for the revenue department company trip. (Exhibit S)

TRUTH IN FACT: that claimant arrived at the meeting room and Jason Finley was present.

TRUTH IN FACT: that Jason Finley and Claimant began to discuss how he just got back from vacation and when he worked for Amazon he didn't vacation much. They then proceeded to discuss Claimant ADA accommodations until Kelly Nichollas walked in.

TRUTH IN FACT: Kelly Nichollas accused claimant Falsely and without evidence of "seeking employment with Cortland to retaliate against an alleged boyfriend and company policy"

TRUTH IN FACT: claimant Is not married, nor has she been in a relationship, is not currently or previously involved with anyone that resides at a Cortland community, nor did she seek employment with Cortland for retaliatory reasons.

TRUTH IN FACT: Claimant had never been disciplined, written up, or counseled for any reason in the workplace for anything.

TRUTH IN FACT: Has not violated any company policy or decreased the company's best business interest. .

TRUTH IN FACT: On the Twenty First day of February two thousand twenty three after hearing the alleged claims and defamatory assertions Claimant suffered from an Anxiety attack and requested for the ambulance to be called.

TRUTH IN FACT: that claimant attempted to leave out of the meeting room when Jason Finley and Kelly Nichollas grabbed Claimant by the arm to restrain her from gathering herself amidst an anxiety attack (

TRUTH IN FACT: They were attempting to keep me in the room from what was later found out to "terminate my employment" and never attempted to call the ambulance; I then had to inform security of me having an attack where they called, and she left the premises to go to urgent care.

TRUTH IN FACT: After recovery, Claimant began to go back to work, where she discovered that she was barred from the building where Cortland Holdings conduct business at the Monarch Plaza/Monarch Tower.

TRUTH IN FACT: that on or around February twenty three two thousand twenty three Claimant asked Jason Finley why she was unable to log in and use the system, in turn he said he fired me the day I had the anxiety attack and they assaulted me.

TRUTH IN FACT: Claimant asked Jason for her termination letter which he claimed they do not issue any type of termination letters. (Exhibit T)

TRUTH IN FACT: In accordance with the employment Security Law, OGCA section 34-8-190 and rules pursuant thereto, a separation notice must be completed for each worker who leaves your employment, regardless of the reason for the separation.

TRUTH IN FACT: On or around February Twenty three Two Thousand Twenty Three claimant was asked to sign a criminal trespass form and defamed in the public. Which claimant refused (Exhibit U)

TRUTH IN FACT: Claimant was not informed during the meeting that her employment with Cortland holdings had been terminated.

TRUTH IN FACT: that claimant received notice from Cigna on March Two, Two thousand twenty three claimant received notice from Cigna that her ADA accommodations were approved and that the defendant will implement the accommodations available. (Exhibit V)

TRUTH IN FACT: Cigna approved Claimants accommodations after she was allegedly discharged from the employer and that the defendant did not inform Cigna of the termination.

TRUTH IN FACT: Claimants ADA accommodations were approved by CORTLAND HOLDINGS LLC after termination despite Jason Finley requesting clarification of the request.

TRUTH IN FACT: that it is a violation of the ADA to fail to provide reasonable accommodation to the known physical or mental limitations of a qualified individual with a disability, unless to do so would impose an undue hardship on the operation of your business. Undue hardship means that the accommodation would require significant difficulty or expense.

## COUNT ONE WRONGFUL TERMINATION
### [The Americans with Disabilities Act of 1990 (ADA)]

The term "Wrongful termination" occurs when an employer fires an employee for an illegal or unfair reason, violating either an employment contract or established laws.

Defendant CORTLAND HOLDINGS LLC, violated the Americans with Disabilities Act (ADA), Defendant's violations include, but are not limited to, the following:

Elements are:

1. Claimant realleges and restates the foregoing jurisdictional and general factual allegations.

2. Defendant unlawfully terminated the claimant.

3. Defendant purposely submitted false statements to the Department of Labor causing Claimant to be denied for unemployment causing continuous financial hardship.

4. Defendant CORTLAND HOLDINGS LLC violated Chapter 126 - Equal Opportunity for Individuals with Disabilities Sec. 12101. Sec. Findings and Purposes of ADA Amendments Act of 2008, Pub. L. 110-325, §2, Sept. 25, 2008, 122 Stat. 3553 by discharging claimant with no prior disciplinary action and failing to adhere to claimants ADA reasonable accommodation request.

5. Defendants' action cause intentional infliction of emotional distress, mental anguish, opportunity loss and costs, and financial injury of having to defend their claim.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT TWO: DEFAMATION
[cf. 28 U.S. Code § 4101(1)]
[ Fraud and False Statements 18 USC 1001-1026]

The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

Elements are:

1. Claimant realleges and restates the foregoing jurisdictional and general factual allegations.

2. Defendants allege that claimant sought out and accepted employment to retaliate against an alleged "boyfriend" with no authenticated proof of the claim.

3. Defendant uttered and published a disparaging statement about the Claimant.

4. The statement was false.

5. The statement was published with legal malice.

6. Defendant's false statements cause harm and injury to reputation, enjoyment of life and emotional distress and mental anguish of Claimant.

7. Defendants unlawfully terminated me and then in turn caused injury to Claimants reputation and emotional and mental anguish as Defendants cause interference with claimants enjoyment of life and pursuit of happiness.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT THREE:
## FAILURE TO ACCOMMODATE UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)
### [42 USC 12111(9)(a)(b)]

The term The term "reasonable accommodation" may include— (A) making existing facilities used by employees readily accessible to and usable by individuals with disabilities; and (b) job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, appropriate adjustment or modifications of examinations, training materials or policies, the provision of qualified readers or interpreters, and other similar accommodations for individuals with disabilities. It is a violation of the ADA to fail to provide reasonable accommodation to the known physical or mental limitations of a qualified individual with a disability, unless to do so would impose an undue hardship on the operation of your business. Undue hardship means that the accommodation would require significant difficulty or expense.

Elements are:

1. Claimant realleges and restates the foregoing jurisdictional and general factual allegations.

2. Defendant intentionally and maliciously failed to provide Claimant with requested reasonable accommodations.

3. Defendant Maliciously terminated the Claimant without attempting to Accommodate at the workplace.

4. Defendant retaliated against Claimant violating her first amendment rights and The Americans with Disabilities Act (ADA).

5. Defendant's Actions cause harm and injury to enjoyment of life, finances, emotional distress and mental anguish of Claimant.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT FOUR: TRESPASS

Involves the "wrongful interference with one's possessory right and interest in [real] property." It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior rights or lawful necessity.

Elements are:

1.      This trespass causes annoyance, mental and emotional stress, and anxiety because the result of the unlawful termination resulted in public agents using the false record to administer suit against Claimants private property for public use without compensation as well.

2.      This trespass caused interference with the relationships with Claimants reputation, property and the State of Georgia.

3.      This trespass damages the Claimant right to peaceful enjoyment of life and pursuit of happiness.

4.      This trespass is attempting to interfere with possessory rights by Claimant through "SUMMONS" rather than warrant or proper due process of law.

Interference with claimants lawful possessory rights to enjoy personal and private property which is trespass by way of deprivation of rights.

In an action of trespass, if the plaintiff makes out a case for recovery except the proving of actual damages, the plaintiff will be entitled to nominal damages. Pausch v. Guerrard, 67 Ga. 319 (1881).

## STATE LAW INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND MENTAL ANGUISH
### [GA CODE 51-12-4]

The term emotional distress refers to mental suffering as an emotional response to an experience that arises from the effect or memory of a particular event, occurrence, pattern of events or condition. Emotional distress can usually be discerned from its symptoms (ex. Anxiety, depression, loss of ability to perform tasks, or physical illness). The term mental anguish refers to a relatively high degree of mental pain and suffering one party inflicts upon another.

This count is pled against all Defendants on behalf of all Claimants.

Count 1. The individual Defendants' actions were objectively extreme and outrageous under the circumstances.

Count 2. The individual Defendants' actions were taken intentionally with malice, willfulness, and reckless indifference to the rights and safety of Claimants.

Count 3. The actions of the individual Defendants were undertaken within the scope of their employment with the City of Atlanta.

Count 4. The City of Atlanta is liable as principal for all torts committed by its agents.

Count 5. As a result of the actions of the individual Defendants, Claimants have sustained severe emotional injuries.

Under Georgia law, damages for mental suffering and emotional anguish can be recovered, when there is an intentional infliction of mental distress, without a showing of contemporaneous physical harm. Carrigan v. Central Adjustment Bureau, Inc., 502 F. Supp. 468 (N.D. Ga. 1980).

Claimants prays that this Court enter judgment in her favor and against the Defendants, and award damages as follows:

      a.  Compensatory damages;

      b.  Punitive damages as allowed by law;

      c.  Any other relief this Court deems just and appropriate.

WHEREFORE, Claimant demands judgment for damages against Defendant CORTLAND HOLDINGS, LLC for actual and/or statutory damages, punitive damages, and costs, pursuant to the penalties 29 USC 8 216(b). It is hereby demanded that any response by defendant, witnesses, bystanders, including attorneys speaking on the record, swear in under penalties of perjury, or the court agrees all parties are speaking hearsay and without presenting authenticated evidence.


## DEMAND FOR JURY TRIAL

### [US CONSTITUTION SEVENTH AMENDMENT]

Claimant hereby demands a jury trial on any cause of action with respect to which there is a right to jury trial.


## RELIEF REQUESTED

1.    Compensatory damages in the amount of $6,060,000.00 USD For the harm of this fiasco leading to severe anxiety, hypervigilance and heart palpitations due to the mental stress , emotional distress and mental anguish caused by the defendants retaliatory actions. Claimant cries every night and experiences deep severe depression due to the threats, deprivation, and other actions of the defendant. This contributed to a loss of several thousands' dollars, thousands of hours financial hardship and stress for seeking counsel and various lawful defenses to their actions. This financial hardship has caused continuous severe depression, sadness, heartache, anxiety, and insomnia in the claimants life due to being unable to comfortably provide for herself and reside in her private domicile. Although no monetary value can erase the mental anguish and stresses upon Claimants mental or physical health, it can at least alleviate the present ones caused by Defendant retaliatory actions. Along with further loss of wages due to having to pause employment, suffering, and transferring mental and emotional stress

caused from Defendant actions in this case, the Claimant is in emotional pain and damage.

2. A permanent injunction directing and ordering defendants not to further harass or deprive rights without her express consent or other valid authorization.

3. Ejectment of all documents referencing Defendants claims.

4. An award of such further and additional lawful and equitable relief as the Court deems just and proper.


## COMPENSATION

**Firstly:** Shayla Evette Bailey; Heir and beneficiary of Gods will and trust as well as the SHAYLA EVETTE BAILEY ESTATE TRUST declare that compensatory damages in the amount of $6,060,000.00 USD are due posthaste.

**Secondly:** the arrival of the sum for damages is based upon the belief that to charge by the rate of $20,000 United Stated Dollars per day of wrongdoing is fair and just.

**Thirdly:** to date approximately 303 days have passed. Since the commencement of intentional infliction of emotional distress, mental anguish, defamation, and trespass.


## Certification and Closing

Under Federal Rule of Civil Procedure I 1, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule I 1 .

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Claimant has the right to amend her complaint.

Dated: December Twenty, Two Thousand Twenty Three

In Good Faith,
Shayla Evette Bailey

Shayla-Evette Bailey



Exhibit A

March 31, 2022

Shayla Bailey
1040 Sandtown Rd
Marietta, GA 30008

RE: Offer of Employment

Shayla,

On behalf of Cortland (the "Company"), I am pleased to offer you the position of Revenue Management Analyst - Atlanta, GA with an anticipated start date of April 18, 2022, reporting directly to Kelly Nicholls. You will be paid a gross base annual salary of USD $65,000.00/Yr. on a bi-weekly basis with a target incentive equal to 10 percent of your eligible calendar year earnings. This position is classified a exempt and is ineligible for overtime.

Cortland offers a comprehensive benefits package – including a voluntary supplemental life insurance plan. Current details of our benefits will be covered during orientation. Cortland associates receive nine (9) paid holidays, and you will be eligible to receive Flexible Time Off. Your eligibility date for medical, dental, vision, life and disability benefits, and 401(k) participation will be May 1. You are also eligible to receive a 20% rent discount on Cortland-owned communities as an active Associate, providing you meet the standard minimum earnings threshold and other restrictions, including, but not limited to, associate occupancy thresholds. All other matters concerning your employment not specifically described in this offer letter shall be in accordance with the Company's standard practices and procedures.

Cortland is an at-will employer, so employment is not for a fixed term or a definite period and may be terminated at the will of either party, with or without cause, and without prior notice. This offer letter does not represent a contract of employment. **Your anticipated start date is subject to change, and this offer is contingent upon the successful completion of Company pre-hire screenings, including, but not limited to, a background check, drug screen, and in some cases, review of certain matters by our Compliance Department.**

We are excited about the opportunities ahead of us and hope to welcome you to the Cortland family!

Signed by Shayla Bailey | Sbailey6789@gmail.com | 3/31/2022 7:45:03 PM UTC | 96.32.172.122

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

**SHAYLA BAILEY**
DOB: 01 Mar 1993 (29 yo )

*EXhibit B*

Date of Visit: 11 Jan 2023
Bill Provider: MATTHEW APPLING
Service Location: Kaleidoscope Health LLC
338 Peevy St , Buford, GA, 305183228, United States of America

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 90833 (x1) [GT] | Psychotherapy with evaluation and management visit, 30 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |
| 99214 [GT] | Established patient office or other outpatient visit, 30-39 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |

Billing Status: Pending

**SHAYLA BAILEY**
DOB: 01 Mar 1993 (29 yo )

Date of Visit: 29 Dec 2022
Bill Provider: MATTHEW APPLING
Service Location: Kaleidoscope Health LLC
338 Peevy St , Buford, GA, 305183228, United States of America

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 90833 (x1) [GT] | Psychotherapy with evaluation and management visit, 30 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |
| 99214 [GT] | Established patient office or other outpatient visit, 30-39 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |

Billing Status: Pending

**SHAYLA BAILEY**
DOB: 01 Mar 1993 (29 yo )

Date of Visit: 30 Nov 2022
Bill Provider: MATTHEW APPLING
Service Location: Kaleidoscope Health LLC
338 Peevy St , Buford, GA, 305183228, United States of America

| Code/Qty/Modifier | CPT Description | (ICD10/ICD9) Code Rank/Description |
|---|---|---|
| 90833 (x1) [GT] | Psychotherapy with evaluation and management visit, 30 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |
| 99214 [GT] | Established patient office or other outpatient visit, 30-39 minutes | 1. (F32.1) Major depressive disorder, single episode, moderate<br>2. (F41.1) Generalized anxiety disorder<br>3. (F43.12) Post-traumatic stress disorder, chronic<br>4. (G47.09) Other insomnia |

Billing Status: Pending

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)    *EXHIBIT B*    Page 4

# PATIENT CHART

## Problems List

### Active Problems

- **Anxiety state (finding).**
- **Chronic stress disorder (disorder).**
- **Mixed insomnia (disorder).**
- **Moderate depression (disorder).**

### Inactive Problems

- No inactive problems listed for this patient.

## Allergies

### Active Allergies

- No known allergies

### Inactive Allergies

- No allergy history has been documented for this patient.

## Medications List

### Active Medications

- **LORazepam 0.5 mg tablet** - Take 1 tablet by mouth daily as needed for severe anxiety. Substitution allowed. Qty: 30.0/Refills: 0. Prescribed on 22 Feb 2023 02:30 PM, by MATTHEW APPLING
- **FLUoxetine 40 mg capsule** - Take 1 capsule daily by mouth. Substitution allowed. Qty: 30.0/Refills: 1. Prescribed on 22 Feb 2023 02:07 PM, by MATTHEW APPLING
- **FLUOXETINE HCL 20 MG CAPSULE** - TAKE 1 CAPSULE DAILY BY MOUTH FOR MOOD. Substitution allowed. Qty: 30.0/Refills: 1. Prescribed on 26 Sep 2022 09:50 AM, by MATTHEW APPLING

### Discontinued Medications

- No discontinued medications listed for this patient

## Vital Signs

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Labs

- No lab documentations found for this patient.

# FACE SHEET

**Shayla Bailey**
MRN: NA
DOB: 01 Mar 1993 (29 yo)
Female

## *Allergies*

- No known allergies

## *Medications*

- LORazepam 0.5 mg tablet
- FLUoxetine 40 mg capsule
- FLUOXETINE HCL 20 MG CAPSULE

## *Problems*

- **Anxiety state (finding).**
- **Chronic stress disorder (disorder).**
- **Mixed insomnia (disorder).**
- **Moderate depression (disorder).**

## *History*

### *PMHx*

- **Anemia**
- **Mental Illness**
- **PTSD**
- **Depression**

### *PSHx*

- No past surgical history has been documented for this patient

### *FHx*

- No family history has been documented for this patient

### *SHx*

- **Tobacco:** Never smoker
- **Alcohol:** Occasional drink
- Comments: Mrs. Bailey was born in Washington DC and resides in Duluth GA she has never been married nor has any children. She completed college and works as an analyst.

### *OB & Preg Hx*

- No Ob or Preg history has been documented for this patient

### *Hospitalizations*

- No hospitalizations / procedures have been documented for this patient

### *ImplantableDevices*

- No implantable devices has been documented for this patient

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

**Memo to Record Note**

Exhibit B

**Shayla Bailey**
DOB: 01 Mar 1993 (29 yo Female)

Visit Date: 26 Jan 2023

## *Memo*

Patient email the office after receiving her paperwork stating that I think the breaks may need to be a bit more either 15 mins or like 4 breaks . Yesterday my anxiety was triggered and caused me chest pains due to my director subliminally mentioning replacing me due to my concentration.
she will discuss with the Dr. on her next appoinment.

Electronically signed by:
Lucca De Sedas
Signed on: 26 Jan 2023 02:59 PM

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

Page 8

**Memo to Record Note**

**Shayla Bailey**
DOB: 01 Mar 1993 (29 yo Female)

Visit Date: 21 Feb 2023



---

*Memo*

---

PAtient email the office again this morning:
I am having trouble with my ADA request and would need to speak with the doctor . Is he able to call on his break perhaps ?

Electronically signed by:
Lucca De Sedas
Signed on: 21 Feb 2023 10:36 AM

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

**Memo to Record Note**



**Shayla Bailey**
DOB: 01 Mar 1993 (29 yo Female)

Visit Date: 20 Feb 2023

## *Memo*

Patient email the office: Hi Lucca,
Can you set an appointment up with the doctor for me ASAP?
unfortunately, we do not have anything open before your appointment on 28 Feb 2023 04:00 PM

Electronically signed by:
Lucca De Sedas
Signed on: 20 Feb 2023 04:02 PM

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

**Memo to Record Note**

**Shayla Bailey**
DOB: 01 Mar 1993 (29 yo Female)

Visit Date: 07 Feb 2023

*Exhibit B*

## *Memo*

Patient email the office stating the following:"My anxiety is being triggered what can I do to assist with working tough those moments?" will pass the information to the Dr. but she will need an appointment to discuss medications to help her out.

Electronically signed by:
Lucca De Sedas
Signed on: 07 Feb 2023 02:07 PM

**KASSIE CLAUGHTON, MSW**
LICENSED CLINICAL SOCIAL WORKER

GEORGIA LICENSE CSW007142

**TELEMENTAL HEALING**

www.telementalhealing.com
Office: (888) 585-3815
Fax: (888) 918-4329
kassie@telementalhealing.com

August 17, 2022

*EXhibit C*

Shayla Bailey
1514 Sheridan Road, #4405
Atlanta, GA 30324

RE: Emotional Support Animal – "Phoenix", Belgian Malinois

To Whom It May Concern,

As a Licensed Clinical Social Worker, I have been specifically trained to assess for the need of an Emotional Support Animal (ESA). I have assessed and diagnosed my client, Shayla Bailey, as a person who has a disability that substantially limits at least one major life activity. [see Americans with Disabilities Act (ADA) of 1990, as Amended, Sec. 12102, Definition of Disability] due to a mental or emotional disability recognized in the Diagnostic and Statistical Manual of Mental Disorders - Fifth Edition (DSM-5).

Being familiar with the functional limitations of the illness, to help with emotional regulation, enhance the ability to function and live independently, and to fully use and enjoy the dwelling unit you own or administer, I am recommending an emotional support animal that will assist Shayla in coping with the disability.

Should Shayla not be accompanied by the emotional support animal this will result in symptoms that substantially limit at least one major life activity. Therefore, please provide the necessary accommodations in your rule, policies, and procedures allowing the assistance animal to accompany Shayla Bailey on your property. Under the FHA, an emotional support animal is not a pet and should not be subjected to pet rules and may not be banned because of the breed or size of the ESA [see FHEO Notice FHEO-2020-01, January 28, 2020].

Clinicians do not prescribe specific animals to be the ESA nor does this letter attest to the health or behavior of the emotional support animal. Such an assessment is beyond my scope. The FHA allows the individual to choose their own ESA, which is listed above. For verification of the Emotional Support Animal's health and temperament, please confer with Shayla's veterinary professional.

Please note, the watermark on this document is a unique paw print within a circle to ensure validity and that it has not been altered.

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

*Kassie Claughton, MSW, LCSW, LICSW, LISW-CP*

Kassie Claughton, MSW, LCSW, LICSW, LISW-CP
Doctor of Psychology candidate
Advanced Forensic Social Worker
Certified First Responder Counselor
American Academy of Experts on Traumatic Stress Diplomate

**LCSW, LICSW, LISW-CP LICENSES:** State License Number Date Issued

Alabama 4234C 11/8/2018, Alaska 160784 06/14/2021, Arizona 18670 06/16/2020, Arkansas 10194-C 07/13/2020, California LCSW85883 9/19/2018, Colorado CSW.09925625 10/3/2018, Connecticut 12/22/2021, Delaware Q1-0011865 12/30/2020, District of Columbia LC50082646 04/08/2021, Florida- QS SW15855 11/13/2019, Georgia CSW007142 05/11/2020, Hawaii 4565 07/01/2020, Idaho LCSW-39562 04/20/2020, Illinois 149.021991 01/22/2020, Indiana 34008952A 09/06/2020, Iowa 100927 05/07/2020, Kansas LCSW05364 01/20/2021, Kentucky 254879 02/27/2020, Louisiana 15337 05/10/2019, Maine LC18235 10/09/2020, Maryland 26111-C 07/01/2020, Massachusetts 123337 03/24/2021, Michigan 6601106682 03/11/2020, Minnesota 28850 03/10/2020, Mississippi C9819 03/05/2021, Missouri 2016027946 7/30/2018, Montana BBH-LCSW-LIC-42829 04/08/2020, Nebraska LIMHP2453/CMSW1937 07/04/2020, Nevada 8195-C 12/05/2018, New Jersey 44SC05956300 10/27/2020, New Mexico C-11446 10/30/2020, North Carolina C011945 12/11/2018, North Dakota 5904 04/15/2020, Ohio I.2002018 01/17/2020, Oklahoma 7332 05/29/2020, Oregon L8522 08/19/2020, Pennsylvania CW020654 07/01/2019, Rhode Island ISW03203 12/04/2020, South Carolina SW.12898CP 12/06/2018, South Dakota 5222 03/21/2023, Tennessee 7206 01/31/2020, Texas 67039 12/03/2018, Utah 11256985-350106/03/2019, Vermont 089.0134275 04/09/2020, Virginia 0904011544 03/11/2020, Washington LW60920741 09/17/2019, West Virginia DP00945682 06/02/2020, Wisconsin 9545-123 11/05/2020, Wyoming 1273 07/14/2020

Shayla Bailey, MRN: NA / DOB: 01 Mar 1993 (29 yo)

*EXHIBIT D*

Page 4

# PATIENT CHART

## *Problems List*

### *Active Problems*
- **Anxiety state (finding).**
- **Chronic stress disorder (disorder).**
- **Mixed insomnia (disorder).**
- **Moderate depression (disorder).**

### *Inactive Problems*
- No inactive problems listed for this patient.

## *Allergies*

### *Active Allergies*
- No known allergies

### *Inactive Allergies*
- No allergy history has been documented for this patient.

## *Medications List*

### *Active Medications*
- **LORazepam 0.5 mg tablet** - Take 1 tablet by mouth daily as needed for severe anxiety. Substitution allowed. Qty: 30.0/Refills: 0. Prescribed on 22 Feb 2023 02:30 PM, by MATTHEW APPLING
- **FLUoxetine 40 mg capsule** - Take 1 capsule daily by mouth. Substitution allowed. Qty: 30.0/Refills: 1. Prescribed on 22 Feb 2023 02:07 PM, by MATTHEW APPLING
- **FLUOXETINE HCL 20 MG CAPSULE** - TAKE 1 CAPSULE DAILY BY MOUTH FOR MOOD. Substitution allowed. Qty: 30.0/Refills: 1. Prescribed on 26 Sep 2022 09:50 AM, by MATTHEW APPLING

### *Discontinued Medications*
- No discontinued medications listed for this patient

## *Vital Signs*

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|----------|----|----|----|----|----|----|----|----|----|----|----|

## *Labs*

- No lab documentations found for this patient.

.ıl Xfinity Mobile LTE   📞 7:47 PM

⟨   •••   🎤   🗑   🗄

On Nov 30, 2022, at 3:53 PM, Shayla Bailey
<shayla.bailey@cortland.com> wrote:

Exhibit E

Hi Kelly,

I have some personal things going on in my life
and want to know if the company offers ADA
accommodations?

If so, who can I reach out to about this?

Kind regards,

**Shayla Bailey** | **Revenue Management Analyst**
**C O R T L A N D**
3424 Peachtree Road NE, Suite 300 | Atlanta, GA 30326
404.978.1240 **direct Line**
www.cortland.com



**You**                                          Dec 1
To Kelly Nicholls                                 •••

◀ ⌄   Reply to All

      
Mail              Search            Calendar



**Xfinity** Mobile  LTE    📞 7:47 PM

**Kelly Nicholls**                        Dec 1
To You

*Exhibit F*

Hey. Jason Finley from our HR department will be reaching out directly to you. Let me know if you don't hear from him by end of week.

**Kelly Nicholls | Senior Director of Revenue**
**CORTLAND**

3424 Peachtree Road NE, Suite 300 | Atlanta, GA 30326

678.916.3773 **direct** | 404.384.4450 **cell**

**www.cortland.com**

On Nov 30, 2022, at 3:53 PM, Shayla Bailey <shayla.bailey@cortland.com> wrote:

Hi Kelly,

 Reply to All


**Mail**


**Search**


**Calendar**



wondering if Cortland has a specialist that handles sending the paperwork over for my doctor.

We can talk via phone if you have time and I can tell you how the process works. Teams is also fine

*Exhibit G*

That is fine. Can we speak around 3:30PM?

Sure just call me via teams or at **502-487-1857**

Will do thank you !
👍 1

December 1, 2022, 3:39 PM



📄 How to File your dis...   •••

➕   Type a message      😊  📷  🎤

Xfinity Mobile    2:23 PM

⟨ 2    JF  **Jason Finley** ›
            O  Status unknown

**Chat**              Files              More

delayed things

Who can I send this to ?

The paperwork would still need
to go to Cigna.  They sent a
letter to you previously
expressing that they didn't
received the needed
information.  You may need to
start the process over or reach
back out to the case worker
listed on your previous letter.

*Exhibit H*

Oh I didn't get the letter I will
reach out to them . Thank you !

They would have sent it via
email.

okay I will check my spam

Type a message



**Chat** | **Files** | **More**

◦. Bailey Letter.pdf

---

January 17, 3:20 PM

Thank you I spoke with Cigna they are going to mail the documents to me. I did not know about the deadline

*EXhibit I*

You're welcome, I hope you get it all worked out.

February 16, 4:57 PM

Hi Jason! You can just message me here when you return and I will call you.

Tuesday 9:51 AM

Hello following up. I was told by Cigna that cortland has questions about my accommodations. Were you able to get ahold of my doctor ?

Type a message

 

**GROUP BENEFIT SOLUTIONS**

*EXHIBIT J*

## AMERICANS WITH DISABILITIES ACT (ADA)
## ACCOMMODATION REQUEST
## HEALTH CARE PROVIDER QUESTIONNAIRE

**Date:** _____ **Name:** _____ **Leave ID:** _____

**Employer Name:** _____

Your patient has requested an accommodation under the Americans with Disabilities Act (ADA) and/or analogous state law. When a disability and/or the need for accommodation is not obvious, an employer may ask for reasonable documentation from a health care provider about an employee's disability and functional limitations. **NOTE:** The federal Genetic Information Nondiscrimination Act of 2008 (GINA) and applicable state or local laws prohibit covered employers from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by such laws. To comply with such laws, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1) Does the patient have a physical or mental impairment for which an accommodation is recommended?  ☑ Yes ☐ No

2) Does the impairment limit the patient's major life activities? *Major life activities include but are not limited to, instrumental activities of daily living such as caring for oneself and performing manual tasks; physical activities such as seeing, hearing, eating, sleeping, walking, standing, sitting, reaching, lifting, bending, etc.; and the operation of any major bodily system.*

   ☐ Yes ☑ No If yes, identify any major life activities limited by the patient's impairment.

   _____

   _____

3) Does the patient's impairment limit his/her ability to:

   a. Perform his/her job duties as described to you by your patient? ☐ Yes ☐ No. If yes, identify the affected job duties and describe and manner and degree of limitation in detail.

   *Client states she exhibits difficulty with concentrating on Required tasks and lacks Substantial focus Currently So Stated.*

   b. Access benefits and other privileges of employment? *Examples include but are not limited to office parties at an accessible location, access to an employee cafeteria or parking, etc.* ☐ Yes ☑ No. If yes, identify the affected benefits/privileges and describe the manner and degree of limitation in detail.

   _____

   _____

ADA Medical Assessment    Leave ID: 987534004636

*EXHIBIT J*


**GROUP BENEFIT SOLUTIONS**

4) How long do you expect the patient's impairment to last?
Check One: ☑ Unknown   ☐ Permanent   ☐ Temporary

If temporary, what is the anticipated recovery date? _____

5) What specific restrictions, if any, have you placed on the patient relevant to his/her employment and job functions?

_____

_____

6) What specific accommodations, if any, do you recommend that may enable the patient to overcome the limitations referenced above and enable the patient to perform his/her job functions and/or access benefits and other privileges or employment? Please explain how the suggested accommodation is likely to be effective in addressing the limitations.

*Please Provide Ms. Bailey with any additional training available to support productivity. Please additionally Provide written instructions/Explanation of Complex tasks as well as (2) 20min Breaks daily for the client to Process expectations of occupational tasks.*

7) **If the patient is currently on leave,** could your patient return to work at this time if workplace accommodations are provided for the listed restrictions and/or limitations? ☐Yes ☐ No. If no, explain why not.

*N/A*

_____

_____

8) **If you recommend leave of absence as an accommodation for the patient,** check the type of leave recommended and complete the accompanying questions.

☐ <u>Continuous Leave</u> (leave for a single block of time)

• What is the time period for which you recommend continuous leave?

Leave start date: _____ Leave end date: _____

☐ <u>Reduced Work Schedule</u> (a leave schedule that reduces the usual number of working hours per week or hours per workday)

• What is the reduced work schedule you are recommending (e.g., 4 hours per day, 3 days per week)? _____

• What is the time period for which you recommend a reduced work schedule?

Reduced work schedule start date: _____ Reduced work schedule end date: _____


**GROUP BENEFIT SOLUTIONS**

*Exhibit J*

☐ Intermittent Leave (leave taken in separate blocks of time)

- If applicable, what is the estimated frequency and duration of intermittent leave recommended for **planned medical treatments including recovery time** and the start and end dates of same? (*e.g., 4 hours duration at a frequency of 2 times per month.*)

  Duration: _____ ☐ hour(s) OR ☐ day(s) (mark one)

  Frequency: _____ time(s) per ☐ week OR ☐ month (mark one)

  Start Date _____ End Date _____

- If applicable, what is the estimated frequency and duration of intermittent leave recommended for **episodic, incapacitating, and unforeseeable flare-ups, necessitating the employee to take leave from work** and the start and end dates of same? (*e.g., 2 days duration at a frequency of 1 times per week.*)

  Duration: _____ ☐ hour(s) OR ☐ day(s) (mark one)

  Frequency: _____ time(s) per ☐ week OR ☐ month (mark one)

  Start Date _____ End Date _____

**Healthcare Provider Signature:** _Matthew_ _APRN_

**Name (Print):** _Matthew Appling APRN_ **Specialty:** _Psychiatric Mental Health_

**Phone:** _(770) 568-6061_ **Date:** _1/24/2023_

**Please return to: NYL GBS Leave Solutions / P.O. Box 16163 / Pittsburgh, PA 15242-0791 Or Fax: 866.931.5095 or Email: FMLACertifications@newyorklife.com**

924462 09/2019

5

ADA Medical Assessment    Leave ID: 987534004636

 Xfinity Mobile 🛜          10:39 PM          📟 🔋

**You**                                    Feb 16
To Talent Resources and Jason Finley    ···



Hi Ann,

The paperwork was completed and returned to
Cigna last week.
I am familiar with Jason, just wasn't sure if there is
an ADA case manager that handle Ada claims.

I will discuss with Jason upon his return.
Thank you!

**Shayla Bailey | Revenue Management Analyst**
**C O R T L A N D**
3424 Peachtree Road NE, Suite 300 | Atlanta, GA 30326
404.978.1240 **direct Line**
**www.cortland.com**

···



↩ ∨  **Reply**

                    
**Mail**               **Search**            **Calendar**



EXhibit L ☺

Just wrapped up teams call with Melissa. Thanks Kelly!

As I was working through the packet with her, I figured it may be a great idea to record more often since our department does not have many training videos.
Especially with a lot of the acronyms, interpreting/analyzing data etc.
I think that would be very useful to have in teams for reference.

When I built out the help desk tickets in solar winds with Jonathan, he recorded all sessions and I found that to be extremely helpful!

Team collaboration is essential, but I do believe in having great resources and tools to effectively contribute to the team individually.
I would like to be sure and confident of specifics needed when I reach the point of meeting more

 Reply to All


Mail


Search


Calendar

Hi Kelly,

*Exhibit L*

Below is what was discussed in our meeting:

- Opportunities for me to take more initiative in company meetings (ask questions, be involved, request feedback)
- Benchmarking.
    - Analyzing data
    - Interpreting data
    - Recognizing insight and trends.
- Advanced excel functions.
    - Becoming more versed in the way that my leadership use excel.


I thank you for allowing me to be more open and requesting feedback. Below you will find a few questions.

Reflections and take aways:

- Is there any way that I can receive training on


Reply to All


**Mail**


**Search**


**Calendar**



Hi Kelly,


Following up.

Were you able to look into this for me?


**Shayla Bailey | Revenue Management Analyst**
**C O R T L A N D**
3424 Peachtree Road NE, Suite 300 | Atlanta, GA 30326
404.978.1240 **direct Line**
**www.cortland.com**


● ● ●



Xfinity Mobile    2:23 PM

‹ 2    JF    **Jason Finley** ›
         ○ Status unknown

**Chat**         Files         More

me here when you return and I
will call you.

Tuesday 9:51 AM

Hello following up. I was told by
Cigna that cortland has
questions about my
accommodations.  Were you
able to get ahold of my doctor ?

**Hello I've reached out to the
benefits manager, but I wouldn't
speak directly with your doctor.
We need clarity on the request
for written instructions. Your
leader will not be able to write
everything out for you.**

Okay I can discuss with my
doctor . He would be the best
person to provide more clarity.

Can you have the benefits

Type a message      



< 2  **Melissa Jones** >
Status unknown   📷 📞

**Chat**              Files              More

wondering what time would be
good to get on teams for the RM
packet this morning and i was
thinking maybe we could record
stuff, i remember you mentioned
a week or two ago that might
help you out

*Exhibit*
*0*

> Hey anytime is good

> I can do the packet and then call
> you to go over any error if any.

> My phone silenced I didn't see
> you calling

do you think the recording
would help though? i don't even
have to be watching really, we
just need to be on any teams
meeting to record

oh you're fine i just needed you
to exit from the packet - i can't

⊕   Type a message        ☺ 📷 🎤



**ıll** Xfinity Mobile 🛜   📞 **6:37 PM**   ⏰ 🎧 🔋

‹ 2   **Melissa Jones** ›
Status unknown   📹   📞

**Chat**          Files          More

of course we have no plans to hire new people yet but you never know when we get bigger LOL

> Yes I just suggested recordings to Kelly since we do not have training videos outside of YS.

yeah they would help some people, but it's so hard since everyone learns differently and the answer to almost everything in our department is 'it depends' lol

so many different scenarios

Exhibit 0

> previous positions I had extensive group trainings in a class setting. lol I think with speaking things vs reading written instructions help for

➕   Type a message   ☺   📷   🎤

Xfinity Mobile    2:23 PM

‹ 2    JF    **Jason Finley** ›
             Status unknown

**Chat**          Files          More

me here when you return and I
will call you.

Tuesday 9:51 AM

Hello following up. I was told by
Cigna that cortland has
questions about my
accommodations.  Were you
able to get ahold of my doctor ?

Hello I've reached out to the
benefits manager, but I wouldn't
speak directly with your doctor.
We need clarity on the request
for written instructions. Your
leader will not be able to write
everything out for you.

Okay I can discuss with my
doctor . He would be the best
person to provide more clarity.

Can you have the benefits

*Exhibit P*

+    Type a message            



••ıll Xfinity Mobile 🛜        2:23 PM        📷 🎧 🔋

‹  2    JF ⃝  **Jason Finley** ›        📹    📞
                  Status unknown

**Chat**              Files              More

me here when you return and I
will call you.

Tuesday 9:51 AM

Hello following up. I was told by
Cigna that cortland has
questions about my
accommodations.  Were you
able to get ahold of my doctor ?

*EXhibit Q*

Hello I've reached out to the
benefits manager, but I wouldn't
speak directly with your doctor.
We need clarity on the request
for written instructions. Your
leader will not be able to write
everything out for you.

Okay I can discuss with my
doctor . He would be the best
person to provide more clarity.

Can you have the benefits

⊕    Type a message          



Xfinity Mobile   6:42 AM

**Kelly Nicholls**
To You

Yesterday

**What time is your flight?**

**Kelly Nicholls | Senior Director of Revenue**
678.916.3773 **direct** | 404.384.4450 **cell**

...



**Kelly Nicholls**
To You

*EXhibit R*

Yesterday

Yesterday, 1:30 PM (30m)
**Conflict: Out of office**

**RSVP**



**Moving to 1:30. Meet me on the 2nd floor.**

↩ ⌄   Reply

✉      🔍        📅 22
Mail    Search    Calendar

.ıll Xfinity Mobile 🛜          2:25 PM          🔋 🎧 🔋

‹                    •••      🗑      🗄

**SB**   **You**                           Feb 21
      To Kelly Nicholls              •••

                                    ☺

*EXhibit S*

I have to leave to head to the airport .

**Shayla Bailey | Revenue Management Analyst**
**C O R T L A N D**
3424 Peachtree Road NE, Suite 300 | Atlanta, GA 30326
**404.978.1240 direct Line**
**www.cortland.com**

•••

·

**SB**   **You**                           Feb 21
      To Kelly Nicholls              •••

                                    ☺

I arrived at the office early today.
I'll add my time out of office to the calendar now.

**Shayla Bailey | Revenue Management Analyst**
**C O R T L A N D**

↩ ⌄   Reply

      
Mail            Search            Calendar



Xfinity Mobile   5:28 PM

**Primary**

**Shayla Bee**

Hello , Can I please receive a copy of a
termination letter . I have been log...

**Jason Finley**
to me, Kelly
21 hours ago  Details

EXhibit
T

Shayla you were informed that you were terminated.
You said to me, "You brought me in this room
thinking it was about my accommodation, just to
terminate me".

Cortland doesn't issue any type of termination letter.

Get Outlook for iOS

**From:** Shayla Bee <sbailey6789@gmail.com>
**Sent:** Tuesday, February 21, 2023 6:56:24 PM
**To:** Jason Finley <jason.finley@cortland.com>
**Cc:** Kelly Nicholls <Kelly.Nicholls@cortland.com>
**Subject:** Termination letter

**\*\*External Email Alert\*\***

AA        🔒 mail.google.com        ↻



23054095

# ZONE 2 PRECINCT

EXhibit
U

Criminal Trespass Form

Business Name: _Highwoods Properties_ Phone: 404.480.3707
Business Address: _3344 Peachtree Rd NE, Atlanta, GA 30326_

Date: _04/23/2023_
Time: _08:30_
Employee/Representative: _Senior Director of Security_
_Rick L. Muse_

I observed _Shafa Bailey_ exhibit/commit the following
behavior(s) on our premise/on our property:

___Theft
___Intoxication
___Panhandling
___Fighting
___Littering
___Criminal Mischief
___Public Urination
_✓_Other (explain) _Termination from employer. Verbaly behavior._

(Subject's Name) _Shafa Bailey_ is advised that he/she is
no longer allowed anywhere at any time on above stated property
and when upon return will be arrested and prosecuted for criminal
trespass.

Subject's Name/Signature: _Shafa Bailey_
(write "refused" if they refuse)
Date of Birth: ____
SSN#: ____

Store Representative: _____ Date: _04/23/2023_
Police Officer/Witness: _____ Date: _2/13/__

_Store Representative, please keep original copy on file_



*Exhibit V*

FML Leave Manager: Brandi
NYL GBS Leave Solutions
www.myNYLGBS.com

Phone: 888.842.4462 ext 1102486
Fax: 866.931.5095

03/02/2023

FML Leave ID #: 987534004636

Re: Leave Status Determination

Dear Shayla Bailey,

We received your 01/17/2023 request for a workplace accommodation under the Americans with Disabilities Act (ADA). Your employer approved your request and will work with you to implement the accommodations that are available to you.

## Additional Information

If you'd like to see your leave information, log on to www.myNYLGBS.com and click the "Disability/Leave of Absence" dropdown option under the "Review My Coverage" tab. Under the heading "How to Request a Leave", click the "submit a request for a disability or leave of absence" link. You can report time on the web any time 24/7/365.

Remember, we're here if you need us. If you have any questions, please call us at 888.842.4462 ext 1102486.

Sincerely,

Brandi
NYL GBS Leave Solutions

Enclosures:
No Enclosures

© 2021, New York Life Insurance Company, New York, NY. All rights reserved. NEW YORK LIFE and the New York Life box logo are registered trademarks of New York Life Insurance Company. New York Life Group Benefit Solutions products and services are provided by Life Insurance Company of North America and New York Life Group Insurance Company of NY, subsidiaries of New York Life Insurance Company.