Created By Tribal Court Tribunal

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2024

United States district Court
Northern District of Georgia

|  |  |
|---|---|
| RELATOR, | ) |
| Chief X, in behalf of | ) |
| Shayla Evette Bailey Indian Tribe | ) |
| EX...REL | ) |
| Department of Housing and | ) |
| Urban development | ) |
| U.S. Department of the interior of | ) |
| Indian Affairs | ) |
| | ) |
| Vs. | ) |
| | ) |
| RESPONDENTS, | ) |
| | ) |
| 10 EXECUTIVE PARK GA PARTNERS LLC | ) |
| DBA OLEANDER | ) |
| ALL OTHER OCCUPANTS, RESIDENTS, | ) |
| CONSTABLES, PUBLIC TRUSTEES | ) |

Case No. 1:23-CV-D5921-SCJ

STATEMENT OF CLAIM
DIVERSITY OF CITIZENSHIP
FEDERAL QUESTION
BREACH OF TREATY

CLAIM FOR RELIEF:

Any Equitable Remedy Available. See Record

Greetings HONORABLE Elizabeth McBath,

I am writing to bring to your attention a significant matter concerning the waiver of court fees for members of Indian tribes. It is imperative to recognize that Indian tribes, as sovereign entities, are not obligated to pay court fees in the same manner as individuals or other entities within the jurisdiction of this court. Indian tribes, as sovereign entities, are not subject to court fees in accordance with established legal principles and case law.

This principle is deeply rooted in the sovereignty and self-governance of Indian tribes, as recognized by federal law, and upheld by numerous court precedents. The imposition of court fees on tribal members can pose a significant financial burden and infringe upon the inherent rights of tribal sovereignty.

The Supreme Court cases of *Moe v. Confederated Salish & Kootenai Tribes of Flathead Reservation* and *Kiowa Tribe of Oklahoma v. Manufacturing Technologies, Inc.* have affirmed tribal sovereignty, including immunity from certain state-imposed obligations such as taxes and fees, barring an express waiver or clear congressional authorization.

Recent policy initiatives by President Biden have further emphasized the removal of financial barriers for Indigenous individuals in the legal system, reinforcing the commitment to equitable access to justice for Indigenous communities.

Additionally, legal precedent indicates that attorneys are responsible for court filing fees incurred during legal proceedings, as established in cases like *Kay v. Ehrler* ,*Malautea v. Suzuki Motor Co., Ltd.*, and *Peterson v. Atlanta Housing Authority*, 998 F. Supp. 1469 (N.D. Ga. 1998).

It is important to note that any attempt to coerce or intimidate tribal members into paying court fees may be deemed inappropriate and potentially unlawful. Tribal members are not required to complete an indigent application to proceed in court without paying filing fees, as such a requirement would infringe upon their rights and sovereignty.

Furthermore, there have been no clear instructions on what to use as payment and you have been instructed to handle all fees through your COURT REGISTRY INVESTMENT SYSTEM (CRIS) using the provided drafted check.

I urge the court to ensure that all officials, clerks, and personnel are informed of these legal principles to respect the rights of tribal members and prevent any undue hardship.

Thank you for your attention to this matter.

Sincerely,

Shayla Bailey El

3/18/2024

(1) No. 21-477 In the Supreme Court of the United States.
https://www.supremecourt.gov/DocketPDF/21/21-477/205204/20211215143330008_21-477%20Amicus%20Brief.pdf.

(2) Michigan v. Bay Mills Indian Community - Harvard Law Review.
https://harvardlawreview.org/print/vol-128/michigan-v-bay-mills-indian-community/.

(3) Contract Waivers for Tribal Sovereign Immunity: What Every Idaho .... http://ktslaw.com/-/media/Files/articles/2018/Contract-Waivers-for-Tribal-Sovereign-Immunity--What-Every-Idaho-Attorney-Needs-to-Know-Advocate-Smith-MarchApril-2018.ashx.

(4) Tribal Sovereignty and Federal Indian Law - ailc-inc.org. https://www.ailc-inc.org/registration/wp-content/uploads/Tribal-Sovereignty-Fed-Indian-Law.pdf.



An official website of the United States government

**U.S. Department of**
**Health and Human Services**
Enhancing the health and well-being of all Americans

Home </>    About </about/index.html>    News </about/news/index.html>    New Biden Admini...

Navigate to:

T+  🖨  ⓕ  𝕏  ✉

**FOR IMMEDIATE RELEASE**
**February 9, 2024**

**Contact: HHS Press Office**
**202-690-6343**
**media@hhs.gov**

# New Biden Administration Rule Removes Burdens to Support Growth of Tribal Child Support Programs

*Eliminates burdensome costs for Tribes to operate a program*

Today, the Biden-Harris Administration's U.S. Department of Health and Human Services (HHS), through the Administration for Children and Families (ACF), announced a final rule <https://www.federalregister.gov/public-inspection/2024-02110/elimination-of-the-tribal-non-federal-share-requirement> to eliminate a burdensome cost sharing requirement for Tribal child support programs. The new rule is consistent with President Biden's recent executive order <https://www.whitehouse.gov/briefing-room/presidential-actions/2023/12/06/executive-order-on-reforming-federal-funding-and-support-for-tribal-nations-to-better-embrace-our-trust-responsibilities-and-promote-the-next-era-of-tribal-self-determination/> on *Reforming Federal Funding and Support for Tribal Nations to Better Embrace Our Trust Responsibilities and Promote the Next Era of Tribal Self-*

*Determination* and part of a Biden Administration push to more effectively support Tribal governments. The rule cuts red tape and improves the flexibility and accessibility of federal funding so that Tribes can grow their economies and provide their citizens with vital and innovative services.

"The Biden-Harris Administration has worked hard to eliminate costs and barriers for Tribes. These changes will make it easier and less expensive for Tribal community-run child support programs to meet the needs of their communities," said HHS Secretary Xavier Becerra. "It's part of what it means to honor Tribal sovereignty and the trust relationship between the federal government and Tribal Nations – cutting red tape and eliminating barriers for Tribes governments to serve their people. Making federal resources more accessible helps Tribal economies grow and puts vital and innovative services within reach for everyone."

"ACF recognizes Tribal sovereignty and is committed to strengthening our government-to-government relationship with Tribes to support the well-being of Native American children and families," said ACF Acting Assistant Secretary Jeff Hild. "This rule makes it easier for Tribes to serve their children and families through their programs that are consistent with their history, values, and cultures."

Tribal governments have fewer revenue-generating options than state governments, and they have consistently shared that the non-federal share requirement is a burden to operating their own child support programs. In fact, out of the 574 federally-recognized Tribes in the United States, only 61 operate Tribal child support programs. Eliminating this cost-sharing requirement for a Tribal child support program will help Tribes operate programs for their communities.

Tribes have shown success operating their own programs. In FY 2022 - PDF <https://www.acf.hhs.gov/sites/default/files/documents/ocse/2022_tribal_infographic.pdf>, Tribal child support programs collected $51 million in child support payments, including $10 million collected on behalf of another Tribe, state or country. Of Native American children in Tribal areas with child support programs, 53 percent live in single-parent families.

"I'm so fortunate to learn from vibrant Tribal communities, their dedicated child support directors and Tribal leaders and staff during site visits and conferences," said ACF Office of Child Support Services Commissioner Tanguler Gray. "We've heard their feedback loud and clear, and are doing what we can to remove unnecessary burdens to operating their

own programs. This rule does just that, and will make it easier for existing and new Tribal child support programs to access funding they need to improve outcomes for children and families."

This rule also promotes equity and honors Tribal sovereignty and the trust relationship between the federal government and Tribal Nations. The purpose behind the trust doctrine is and always has been to ensure the survival and welfare of Indian Tribes and people. This includes an obligation to provide those services required to protect and enhance Tribal lands, resources and self-government, and includes those economic and social programs necessary to raise the standard of living and social well-being of Native people.

"I'm proud of our Tribal partnerships and how this rule works to improve equity and reduce systemic barriers to services," said ACF Administration for Native Americans Commissioner and Deputy Assistant Secretary for Native American Affairs Patrice H. Kunesh. "The Administration for Children and Families will continue to support social and economic development in a manner that provides Tribal Nations with the greatest possible self-determination."

###

Note: All HHS press releases, fact sheets and other news materials are available at https://www.hhs.gov/news </news>.
Like HHS on Facebook ☑ </disclaimer.html>, follow HHS on Twitter @HHSgov <https://twitter.com/#!/hhsgov> ☑ </disclaimer.html>, and sign up for HHS Email Updates <https://cloud.connect.hhs.gov/subscriptioncenter>.
Last revised: February 9, 2024

# Sign Up for Email Updates

Receive the latest updates from the Secretary, Blogs, and News Releases

# Subscribe to RSS

Receive latest updates

 RSS </rss/news.xml>

OCTOBER 06, 2023

# A Proclamation on Indigenous Peoples' Day, 2023

On Indigenous Peoples' Day, we honor the perseverance and courage of Indigenous peoples, show our gratitude for the myriad contributions they have made to our world, and renew our commitment to respect Tribal sovereignty and self-determination.

The story of America's Indigenous peoples is a story of their resilience and survival; of their persistent commitment to their right to self-governance; and of their determination to preserve cultures, identities, and ways of life. Long before European explorers sailed to this continent, Native American and Alaska Native Nations made this land their home, some for thousands of years before the United States was founded. They built many Nations that created powerful, prosperous, and diverse cultures, and they developed knowledge and practices that still benefit us today.

But throughout our Nation's history, Indigenous peoples have faced violence and devastation that has tested their limits. For generations, it was the shameful policy of our Nation to remove Indigenous peoples from their homelands; force them to assimilate; and ban them from speaking their own languages, passing down ancient traditions, and performing sacred ceremonies. Countless lives were lost, precious lands were taken, and their way of life was forever changed. In spite of unimaginable loss and seemingly insurmountable odds, Indigenous peoples have persisted. They survived. And they continue to be an integral part of the fabric of the United States.

Today, Indigenous peoples are a beacon of resilience, strength, and perseverance as well as a source of incredible contributions. Indigenous peoples and Tribal Nations continue to practice their cultures, remember their heritages, and pass down their histories from generation to generation. They steward this country's lands and waters and grow crops that feed all of us. They serve in the United States military at a higher rate than any other

ethnic group. They challenge all of us to celebrate the good, confront the bad, and tell the whole truth of our history. And as innovators, educators, engineers, scientists, artists, and leaders in every sector of society, Indigenous peoples contribute to our shared prosperity. Their diverse cultures and communities today are a testament to the unshakable and unbreakable commitment of many generations to preserve their cultures, identities, and rights to self-governance. That is why, despite centuries of devastation and turmoil, Tribal Nations continue to thrive and lead in countless ways.

When I came into office, I was determined to usher in a new era in the relationship between the Federal Government and Tribal Nations and to honor the solemn promises the United States made to fulfill our trust and treaty obligations to Tribal Nations. That work began by appointing Native Americans to lead on the frontlines of my Administration — from the first Native American Secretary of the Interior Deb Haaland and dozens of Senate-confirmed Native American officials to the over 80 Native American appointees serving across my Administration and in the Federal courts. I restored the White House Council on Native American Affairs to improve interagency coordination and decision-making as well as the White House Tribal Nations Summit to bring together key members of my Administration and the leaders of hundreds of Tribal Nations.

Last year, I signed a new Presidential Memorandum that creates uniform standards for consultation between the Federal Government and Tribal Nations. And together, we are making historic investments in Indian Country. That includes $32 billion from the American Rescue Plan, the largest one-time direct investment in Indian Country in American history; more than $13 billion to rebuild infrastructure, the single largest investment in Indian Country infrastructure in history; and the biggest investment ever to combat the existential threat of climate change, including $700 million dedicated to climate change response in Native communities.

We are also working to improve public health and safety for Native Americans. That is why I signed an Executive Order that helps us respond more effectively to the epidemic of missing and murdered Indigenous peoples. And when we reauthorized the Violence Against Women Act last year, I was proud to include historic provisions that reaffirm Tribal

sovereignty and restore Tribal jurisdiction. I have also requested a $9.1 billion infusion for Indian Health Services and asked the Congress to make that funding a mandatory part of the Federal budget for the first time in our history.

My Administration will also continue using all the authority available to it, including the Antiquities Act, to protect sacred Tribal lands. We have already restored protections for Bears Ears and Grand Staircase-Escalante in Utah and the Northeast Canyons and Seamounts National Monument in New England. I have declared new national monuments at the Camp Hale-Continental Divide in Colorado, Avi Kwa Ame in Nevada, and Baaj Nwaavjo I'tah Kukveni in Arizona to protect lands that are sacred to so many Tribes. My Administration has also signed at least 20 new co-stewardship agreements with Tribes, and we are working on many more.

As we celebrate Indigenous Peoples' Day, may we renew the enduring soul of our Nation-to-Nation relationships — a spirit of friendship, stewardship, and respect.

NOW, THEREFORE, I, JOSEPH R. BIDEN JR., President of the United States of America, by virtue of the authority vested in me by the Constitution and the laws of the United States, do hereby proclaim October 9, 2023, as Indigenous Peoples' Day. I call upon the people of the United States to observe this day with appropriate ceremonies and activities. I also direct that the flag of the United States be displayed on all public buildings on the appointed day in honor of our diverse history and the Indigenous peoples who contribute to shaping this Nation.

IN WITNESS WHEREOF, I have hereunto set my hand this sixth day of October, in the year of our Lord two thousand twenty-three, and of the Independence of the United States of America the two hundred and forty-eighth.

JOSEPH R. BIDEN JR.

LII  > U.S. Code  > Title 25  > CHAPTER 5  **> § 194**

Quick search by citation:
**Title**

enter title

**Section**

section

Go!

# 25 U.S. Code § 194 - Trial of right of property; burden of proof

U.S. Code     Notes

_____

In all trials about the right of property in which an Indian may be a party on one side, and a white person on the other, the burden of proof shall rest upon the white person, whenever the Indian shall make out a presumption of title in himself from the fact of previous possession or ownership.

(R.S. § 2126.)

AO 213
(Rev. 08/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting and Financial Systems Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☑ Order ☐ Remit ☐ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: SHAYLA EVETTE BAILEY | Address: |
| Business Name: *(if different from above)* | City: |
| Address 1: C/O 2897 North Druid Hills Road #426 | State:          Zip Code: |
| Address 2: | Phone #: |
| City: Atlanta, Georgia | Description: *(If needed)* |
| State: Georgia          Zip Code: [30329] | |
| Phone #: 678-404-2720   E-mail: Shayamordi03@gmail.com | |
| Taxpayer Identification #: *(TIN, SS, or EIN number)* 92-6634529 | |
| DUNS # | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: |
| City: | Account #: |
| State:          Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;                    ☐ partnership;

☐ corporate entity *(not tax-exempt)*;     ☐ corporate entity *(tax-exempt)*;

☐ health care provider;                   ☐ other:

☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

    1.    The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and

    2.    I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends on your tax return, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

    3.    I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 08/13)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns.  The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS.  Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)).  The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

❏ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

❏ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable.  These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

❏ Women Owned Business                                    ❏ Not Applicable

❏ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*

    ❏ Asian-Pacific American    ❏ Black American    ❏ Subcontinent Asian (Asian-Indian)American

    ❏ Hispanic American    ❏ Native American    ❏ Other: _____

Date: _____                              _____
*Vendor's signature*

-------------------------------------------------------------------------------------------------------

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR).  (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:   ❏ Addition    ❏ Change    ❏ Vendor Code: _____ *(make entry only if change)*

               ❏ Active    ❏ Inactive    ❏ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                              Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                      Originating Office: |

Please type or print clearly.   For **"AO"** FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS.  For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For **"Court"** FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the
requester. Do not
send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

SHAYLA EVETTE BAILEY

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☑ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner.  Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

2897 North Druid Hills Road

**6** City, state, and ZIP code

Atlanta, Georgia 30329

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Print or type.**
**See Specific Instructions on page 3.**

---

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

**or**

Employer identification number

| 9 | 2 | – | 6 | 0 | 3 | 4 | 5 | 2 | 9 |

---

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶    Date ▶

---

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

## ORDER OF DISBURSEMENT

**Case No:** 1:23-CV-05921-SCJ

**The Clerk is authorized and directed to draw a check(s) on the funds on deposit in the registry of this court in the principal amount of $1,000 plus all accrued interest, minus any statutory user fees, payable to [Shayla Evette Bailey] and mail or deliver the check(s) to [Shayla Evette Bailey C/O 2897 North Druid Hills Road #426 Atlanta Georgia 30329] If more than one check is to be issued on a single order, the portion of principal due each payee must be separately stated in the order.**

**Date:** March 19, 2024

**Signature:** Shayla Evette Bailey,

**By : Chief X**

## **ORDER OF DISBURSEMENT**

Hereby Certify that the order presented in case No. 1:23-CV-05921-SCJ on this the 19 day of March 20 24 , to draw down funds from the registry of court, is done with written consent of all parties, or their counsel, who have filed claims of record in this case, and whose interest has not previously been foreclosed by judicial decree. In condemnation matters only, I further certify that provision is made in this order for the payment of all local, state, and federal government taxes, or assessments of record. I understand that the truth is a condition precedent to the issuance of a valid order to pay the funds from the registry of the court.

Date: March 19, 2024

Signed: Shauna Evette Bailey,

By: Chief X

**Local** ~~Bankruptcy Rules -- Northern District of Ohio~~

**Rule 7067-1-_REGISTRY FUND_**

(a) *Deposits.*

Funds on deposit with the Court are to be placed in an interest-bearing account in accordance with Rule 67 of the Federal Rules of Civil Procedure (the "Civil Rules") and Rule 7067 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Court Registry Investment System ("CRIS"), administered by the Administrative Office of the United States under 28 U.S.C. § 2045, shall be the only investment mechanism authorized.

(1) A party requesting a Court order for money to be deposited by the Clerk into an interest-bearing account, in accordance with Civil Rule 67 and Bankruptcy Rule 7067, shall ~~submit~~file a Motion for Order for Deposit and Investment of Funds and submit a proposed Order for Deposit and Investment of Funds, directing the Clerk to invest the funds in ~~an interest-bearing account.~~the CRIS Liquidity Fund established within CRIS.  Unless the Court orders otherwise, money delivered to the Court will be deposited into the registry of the Court pursuant to 28 U.S.C. § 2041.

(2) A party requesting a Court order for interpleader funds to be deposited by the Clerk into an interest-bearing account under 28 U.S.C. § 1335, Civil Rule 22, and Bankruptcy Rule 7022, shall file a Motion for Order for Deposit ~~and,~~ Investment, and Tax Administration of Interpleader Funds and ~~the~~submit a proposed Order for Deposit ~~and,~~ Investment, and Tax Administration of Interpleader Funds, directing the Clerk to invest the funds in the Disputed Ownership Fund ("DOF") established within CRIS. Unless the Court orders otherwise, money delivered to the Court will be deposited into the registry of the Court pursuant to 28 U.S.C. § 2041.

(3) The motions and proposed orders specified in subsections (a)(1) and (a)(2) of this rule shall conform substantially to the local forms available from the Clerk.  Any deviation from the standardized forms shall be explained in bold-faced type within the body of the ~~submitted document~~motion and/or proposed order.

(4) Pursuant to General Order No. 20-02, the custodian is directed to deduct from the income earned on the investment a fee as prescribed by the Judicial Conference of the United States and set by the Director of the Administrative Office of the Court.  For handling of registry funds invested through the CRIS, excluding registry funds from disputed ownership interpleader cases deposited under 28 U.S.C. § 1335 and held in the DOF, a fee equal to 10 basis points of assets on deposit shall be assessed from interest earnings on an annual basis (the "CRIS Fee").  The CRIS Fee is assessed from interest earnings to the pool of investments before a pro rata distribution of earnings is made to court cases.

Interpleader funds invested pursuant to 28 U.S.C. § 1335 and held in the DOF are
subject to the DOF Fee.  The custodian of the DOF is authorized to deduct the DOF
Fee equal to 20 basis points on assets on deposit for the management of investments
and tax administration on an annualized basis (the "DOF Fee").  The DOF Fee is
assessed from interest earnings to the pool of investments before a pro rata distribution
of earnings is made to court cases.

(b) *Withdrawals*.

(1) A party requesting a Court order for the withdrawal and disbursement of funds that
have been invested by the Court shall ~~submit~~file a Motion for Order for Withdrawal
and Disbursement of Funds and submit a proposed Order for Withdrawal and
Disbursement of Funds, directing the Clerk to withdraw the principal, plus all interest
accrued, less the CRIS Fee, from the account, and disburse the funds.

(2) A party requesting a Court order for the withdrawal and disbursement of interpleader
funds under 28 U.S.C. § 1335 that have been invested by the Court shall file a Motion
for Order for Withdrawal and Disbursement of Interpleader Funds and ~~the~~submit a
proposed Order for Withdrawal and Disbursement of Interpleader Funds, directing the
Clerk to withdraw the principal, plus all interest accrued, less the DOF Fee and any
taxes withheld, from the account and disburse the funds.

(3) The motions and proposed orders specified in subsections (b)(1) and (b)(2) of this rule
~~The Motion for Order for Withdrawal and Disbursement of Funds and the proposed
Order for Withdrawal and Disbursement of Funds~~ shall conform substantially to the
local forms available from the Clerk.  Any deviation from the standardized forms shall
be explained in bold-faced type within the body of the ~~submitted document~~motion
and/or the proposed order.

(4) A signed IRS Form W-9 that includes the name, address, and tax identification number
for each individual receiving any portion of the distribution shall be provided to the
~~Court in a manner prescribed by the Court~~Clerk, and shall not be filed electronically
or scanned into the Court's electronic filing system.

Last revised: ~~May 16, 2011~~

Shayla E Bailey
2897 North Druid Hills Road #426
Atlanta Georgia [30329]
Shayamor0103@gmail.com
301-523-5504
3/19/2024

Elizabeth McBath
Honorable Magistrate Judge
75 Ted Turner Drive SW
Atlanta, GA 30303
Subject: Open Records Request and Verification of Compliance with Georgia Law

Dear Honorable Elizabeth McBath,

Pursuant to the Georgia Open Records Act (O.C.G.A. § 50-18-70 et seq.) and in accordance with 42
U.S.C. § 1983, I hereby submit a request for access to and copies of documents that are required for
verification purposes under Georgia law.

The documents requested are as follows:

1. **Proof of Citizenship**: Acceptable documents as per the guidelines provided by the Georgia
Secretary of State.
2. **Oath of Office**: Current oath of office documentation for public servants, as outlined in Georgia
Code Title 45.
3. **Anti-Bribery Statement**: A statement or policy document in line with Georgia Code § 16-10-2.
4. **Insurance Bond Information**: Insurance bonds details for public adjusters, counselors, and surplus
lines brokers, as required by the Office of the Commissioner of Insurance and Safety Fire.
5. **Foreign Registration**: Documents ensuring compliance with the 1938 Foreign Agents Registration
Act.
6. **Certificate of Participation**: Certificates demonstrating completion of required training or
programs for public servants.

This request is made in an effort to ensure transparency and accountability of public servants and to
affirm their adherence to the laws governing their positions and responsibilities.

Please be advised that failure to produce the aforementioned documentation may raise concerns regarding
the legitimacy of the corporate employees' status. Impersonating government employees is a violation of
federal law, specifically 18 U.S.C. §§ 912, 208, and 641, which criminalize the act of impersonation of a
federal officer or employee.

**Should the requested documents not be provided, the prop
er authorities will be notified to ensure all procedures have been followed in accordance with the law.**

Please note that under the provisions of the Georgia Open Records Act, the requested documents should
be made available for inspection and copying within three business days unless they are exempt from
disclosure by law.

Failure to comply with this request could be construed as a deprivation of rights under color of law,
potentially resulting in civil action as per 42 U.S.C. § 1983.

Docs Corp

Date _____

To:

Elizabeth McBATH _____

_____

_____

_____

Fax: _____

Email: _____

### Open Records Request

Pursuant to the Georgia Open Records Act (O.C.G.A. § 50-18-70 et seq.), I am requesting the following records:

Proof of citizenship, oath of office, Anti-Bribery statement,
Foreign registration, Certification of participation.

Submitted by:

Shayla Bailey El _____

I can be contacted at:

Shayamor0103@gmail.com
678-404-2720 _____

_____

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| | |

Citizen's statement:

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶                                                              | Date ▶

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____ certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)

1p

Definition of "Dollar"

Bouvier's Law Dictionary, 1856 Edition
DOLLAR, money. A silver coin of the United States of the value of one hundred
cents, or tenth part of an eagle.
2. It weighs four hundred and twelve and a half grains. Of one thousand parts,
nine hundred are of pure silver and one hundred of alloy. Act of January 18,
1837, ss. 8 & 9, 4 Sharsw. Cont. of Story's L. U. S. 2523, 4; Wright, R. 162.
3. In all computations at the custom-house, the specie dollar of Sweden and
Norway shall be estimated at one hundred and six cents. The specie dollar of
Denmark, at one hundred and five cents. Act of May 22, 1846.
CENT, money. A copper coin of the United States of the value of ten mills; ten
of them are equal to a dime, and one hundred, to one dollar. Each cent is
required to contain one hundred and sixty-eight grains. Act of January 18th,
1837, 4 Sharsw. cont. of Story',s L. U. S. 2524.

Blacks Law Dictionary, 1st Edition (1891)
DOLLAR.  The unit employed in the United States in calculating money values.  It
is coined both in gold and silver, and is of the value of one hundred cents.
CENT.  A coin of the United States, the least in value of those now minted.  It
is the hundredth part of a dollar.  Its weight is 72 gr., and it is composed of
copper and nickel in the ratio of 88 to 12.

Blacks Law Dictionary, 3rd Edition (1933)
DOLLAR.  The unit employed in the United States in calculating money values.  It
is coined both in gold and silver, and is of the value of one hundred cents.
Thompson v. State, 90 Rex. Cr. R. 125, 234 S. W. 406, 408.

Blacks Law Dictionary, 4th Edition (1951)
DOLLAR.  The unit employed in the United States in calculating money values.  It
is coined both in gold and silver, and is of the value of one hundred cents.
People v. Alba 46 Cal.App.2d 859, 117 P.2d 63.  Money or currency issued by
lawful authority and intended to pass and circulated as such.  Neufield v.
United States, 118 f,2d 375, 387, 73 App.D.C. 174.  The dollar of nine-tenths
fine consisting of the weight determined under the 31 U.S.C.A. §A§ 321, shall be
the standard unit of value, and all forms of money issued or coined shall be
maintained at a parity of value with this standard. 31 U.S.C.A. §A§ 314.

Blacks Law Dictionary, 4th Edition Revised (1957)
DOLLAR.  The unit employed in the United States in calculating money values.  It
is of the value of 100 cents.  People v. Alba, 46 Cal.App.2d 859, 117 P.2d 63.
Money or currency issued by lawful authority and intended to pass and circulated
as such.  Neufield v. United States, 118 f,2d 375, 387, 73 App.D.C. 174.

Blacks Law Dictionary, 5th Edition (1968)
Dollar.  The money unit employed in the United States of the value of one
hundred cents, or any combination of coins totalling one hundred cents.

Blacks Law Dictionary, 6th Edition (1979)
Dollar.  The money unit employed in the United States of the value of one
hundred cents, or any combination of coins totalling one hundred cents.

Cent.  A coin of the United States, the least in value of those now minted.  It
is the hundredth part of a dollar.

Blacks Law Dictionary, 7th Edition (current edition)
(No definition for "dollar" or "cent"  found)

Ballentines Law Dictionary, 2nd Edition (1930 & 1948)
Dollar (dol'ar).  " There is no ambiguity about the word 'dollar'."  If any word

http://www.constitution.org/mon/dollar_defined.txt                    12/14/2007

has a settled meaning at law, and in the courts, it is this.  It can only mean
the legal currency of the United States, not dollars vested in lands.  A dollar
is the volume of money, and is by law made a money unit value of the value of
one hundred cents.  See State v. Downs, 148 Ind. 324, 327.

Ballentines Law Dictionary, 3rd Edition (1969)
dollar.  The legal currency of the United States; State v Downs, 148 Ind 324,
327; the unit of money consisting of one hundred cents.  The aggregate of
specific coins which add up to one dollar.  36 Am J1st Money Â§ 8.  In the
absence of qualifying words, it cannot mean promissory notes, bonds, or other
evidences of debt.  36 AM J1st Money Â§ 8.  (Emphasis Added)

American Jurisprudence, Volume 36, Â§ 8
[T]he term "dollar" means money, since it is the unit of money in this country,
and in the absence of qualifying words, it cannot mean promissory notes or bonds
or other evidences of debt.  The term also refers to specific coins of the value
of one dollar. (27 Ohio Jur pp. 125, 126, Â§ 3), (United States v. Van Auken, 96
US 366, 24 L ed 852)

Black's Law, Second Pocket Edition (1996)
Federal Reserve Note
Federal reserve note.  The paper currency in circulation in the United States.
The notes are issued by the Federal Reserve Banks, are effectively
non-interest-bearing promissory notes payable to bearer on demand, and are
issued in denominations of $1, $5, $10, $20, $50, $100, $500, $1,000, $5,000,
and $10,000.  (Emphasis Added)

Title 18 Â§ 8. - Obligation or other security of the United States defined
The term ''obligation or other security of the United States'' includes all
bonds, certificates of indebtedness, national bank currency, Federal Reserve
notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes,
gold certificates, silver certificates, fractional notes, certificates of
deposit, bills, checks, or drafts for money, drawn by or upon authorized
officers of the United States, stamps and other representatives of value, of
whatever denomination, issued under any Act of Congress, and canceled United
States stamps.  (Emphasis Added)

(9)     The custodian is authorized and directed to deduct the CRIS fee of an annualized 10 basis points on assets on deposit for all CRIS funds, excluding the case funds held in the DOF, for the management of investments in CRIS. According to the Court's Miscellaneous Fee Schedule, the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to Court cases.

(10)     The custodian is authorized and directed to deduct the DOF fee of an annualized 20 basis points on assets on deposit in the DOF for management of investments and tax administration. According to the Court's Miscellaneous Fee Schedule, the DOF fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to Court cases. The custodian is further authorized and directed by this Order to withhold and pay federal taxes due on behalf of the DOF.

**(C)     Disbursement of Registry Funds.**

(1)     **Generally.**  Withdrawal of registry funds must be authorized by Court order.

(2)     **Motion for Disbursement.** All motions for disbursement of registry funds  must specify the principal sum initially deposited, the amount(s) of principal funds to be disbursed, to whom (payee or attorney) the disbursement is to be made, and complete mailing instructions (full address and zip code of payee or attorney). Each motion must include a proposed order of disbursement.

(3)     **Orders of Disbursement.** Before they are presented to the judge, all orders for disbursement of registry funds must be presented to a financial deputy clerk for a certification of the amount of funds deposited in the registry of the Court, including any interest earned. If counsel does not present the order to a financial deputy clerk for certification, then chambers staff must do so. Each proposed order of disbursement must  contain the following language: "The clerk is authorized and directed to draw a check(s)  on the funds on deposit in the registry of this Court in the principal amount of $_____ plus  all accrued interest, minus any statutory users fees, payable to [name of payee] and mail or deliver the check(s) to [payee or attorney]." If more than one check is to be issued on a  single order, the portion of principal due each payee must be separately stated in the order.

(4)     **Taxpayer Identification Numbers.**  Social Security numbers, tax identification numbers, and mailing addresses will not be included in a proposed order of disbursement, but that information will be provided by counsel for each payee in a